IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE PROGRESSIVE SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE and DWAYNE REDDING,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA SECRETARY OF STATE and THE EXECUTIVE COMMITTEE OF THE GEORGIA DEMOCRATIC PARTY,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-3877-MHC |

## ORDER

This action was filed in this Court on September 18, 2020. Compl. with Mot. for Emergency Inj.[1] [Doc. 1]. Pursuant to Federal Rule of Civil Procedure 4(m), a defendant must be served within ninety (90) days after the complaint is filed. Plaintiff has not filed any proof of service indicating that any Defendant has been served within this time period. If a defendant is not served within ninety

---

[1] The Court denied the Motion for Emergency Injunction on September 23, 2020. Sept. 23, 2020, Order [Doc. 8].

days, "the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m).

Therefore, it is hereby **ORDERED** that Plaintiffs show cause, if any there be, within fourteen (14) days of this Order why this Court should not dismiss this case without prejudice for failure to effectuate service pursuant to Federal Rule of Civil Procedure 4(m). A failure to respond to the Order within the time proscribed will resulting the entry of an Order dismissing this action without prejudice for failure to comply with Rule 4(m) and for want of prosecution under Local Rule 41.3(A)(2) of this Court ("The Court may, with or without notice to the parties, dismiss a civil case for want of prosecution if: . . . [a] plaintiff . . . shall . . . fail or refuse to obey a lawful order of the Court in the case[.]").

**IT IS SO ORDERED** this 7th day of January, 2021.

_____
MARK H. COHEN
United States District Judge