IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE PROGRESSIVE SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE and DWAYNE REDDING,<br><br>    Plaintiffs,<br><br>v.<br><br>GEORGIA SECRETARY OF STATE and THE EXECUTIVE COMMITTEE OF THE GEORGIA DEMOCRATIC PARTY,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-3877-MHC |

## ORDER

On January 7, 2021, this Court ordered Plaintiffs to show cause within fourteen (14) days as to why this Court should not dismiss the case without prejudice for Plaintiffs' failure to effectuate service under Federal Rule of Civil Procedure 4(m). Jan. 7, 2021, Order [Doc. 11]. The January 7, 2021, Order cautioned Plaintiffs that a failure to respond would result in an Order "dismissing this action without prejudice for failure to comply with Rule 4(m) and for want of

prosecution under Local Rule 41.3(A)(2) of this Court." Id. at 2. As of the date of this Order, Plaintiffs have not responded.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. LR 41.3(A), NDGa. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 26th day of January, 2021.

_____
MARK H. COHEN
United States District Judge